In the Matter of the Application for Letters of Guardian-
ship of the Person and Property of JOEL W. THORNE,
JR., an Infant.

SAMUEL THORNE et al., Appellants; MARY C. THORNE,
Respondent.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements.    (See 240 N. Y.
444.)